## IN THE CIRCUIT COURT OF THE COUNTY OF ST. CLAIR

## STATE OF ILLINOIS

| | |
|---|---|
| DEMETRIUS WILLIAMS, | ) |
|     Plaintiff, | ) |
| | ) Cause No. 17L 349 |
| | ) |
| Vs. | ) Division No. |
| | ) |
| PAMELA M. EVANS, | ) |
| | ) |
| And | ) |
| | ) |
| NORFOLK SOUTHERN | ) |
| CORPORATION, | ) |
| d/b/a NORFOLK SOUTHERN | ) |
| RAILWAY COMPANY, | ) |
| | ) |
|     Defendants. | ) |

FILED
ST. CLAIR COUNTY

JUN 30 2017

CIRCUIT CLERK
13

### COMPLAINT FOR DAMAGES – PERSONAL INJURY

COMES NOW Plaintiff and for his Complaint against Defendants Pamela M. Evans and Norfolk Southern Corporation, d/b/a Norfolk Southern Railway Company, states:

1. That Plaintiff is an individual residing in East St. Louis, St. Clair County, Illinois.

2. That Defendant Pamela M. Evans is an individual residing in East St. Louis, St. Clair County, Illinois.

3. That Defendant Norfolk Southern Corporation, d/b/a Norfolk Southern Railway Company, is a railroad company authorized to do business in the State of Illinois and was the owner of a railroad tracks and railroad crossing located at North 24th Street at its intersection with West Main Street in Belleville, St. Clair County, Illinois.

1

Exhibit A

4.     That Plaintiff was a passenger in a vehicle being driven by Pamela M. Evans on or about March 25, 2016 at approximately 6:32 a.m.   Plaintiff was on his way to work at that time.

5.     That at the intersection of North 24th Street and West Main Street, located in the City of Belleville, St. Clair County, Illinois, a railroad track owned and operated by Norfolk Southern Corporation intersects North 24th Street 250 feet North of West Main Street.

6.     That while driving South on North 24th Street, after making a right hand turn from West Main Street, Defendant Pamela Evans drove her vehicle directly in front of an oncoming train operated by Norfolk Southern Railway Company on the tracks crossing North 24th Street and caused a collision with said locomotive traveling westbound on the tracks.

7.     That at the time of the collision, Defendant Pamela M. Evans was negligent in the following respects:

   a.     By failing to yield to the ongoing train;

   b.     By failing to stop at the stop sign prior to the railway crossing;

   c.     By failing to keep a careful lookout for locomotives on the tracks; and

   d.     By driving at a rate of speed not safe for the conditions.

8.     That at the time of the collision, Defendant Norfolk Southern Corporation was negligent in the following respects:

   a.     By failing to sound a warning in a timely manner, to allow Defendant Pamela Evans sufficient time to stop her vehicle and take note of the oncoming locomotive; and

b.      By driving the train too fast for its intersection with North 24th Street

at 6:32 a.m. when many people are in the area going to work.

9.      That as a direct and proximate result of the negligence of Defendants as

aforesaid, Plaintiff suffered injuries to his person and body, including but not limited to a

broken arm requiring surgical repair; lacerations about his body and face; injuries to his

legs; and injuries to his neck and back.

10.     That as the result of Defendants' negligence as set forth herein, Plaintiff

suffered great pain, and due to the permanent injuries of Plaintiff caused by said accident,

will continue to suffer great pain into the future.

11.     That Plaintiff lost wages as a direct and proximate result of Defendants'

negligence as herein stated.

12.     That Plaintiff incurred hospital and medical bills and will continue to incur

bills for health care provided into the future.

WHEREFORE, Plaintiff prays for judgment against Defendants jointly and

severally in an amount in excess of $50,000 to reasonably compensate him for the injuries

and lost wages sustained; for his costs and expenses herein incurred; and for such further

and other relief as the Court deems just proper.

Respectfully submitted,

FLUHR & MOORE, L.L.C.

Steven S. Fluhr, #06189858
9322 Manchester Road
St. Louis, Missouri 63119
(314) 725-8002/Facsmile 725-8006
fluhrstl@aol.com
Attorney for Plaintiff

4

IN THE CIRCUIT COURT OF ST. CLAIR COUNTY
STATE OF ILLINOIS:

DEMETRIUS WILLIAMS,                    )
                                       )
        Plaintiff,                     )
                                       )
                                       ) Cause No.
                                       )
Vs.                                    ) Division No.
                                       )
PAMELA M. EVANS,                       )
                                       )
And                                    )
                                       )
NORFOLK SOUTHERN                       )
CORPORATION,                           )
d/b/a NORFOLK SOUTHERN                 )
RAILWAY COMPANY,                       )
                                       )

```
FILED
ST. CLAIR COUNTY

JUN 30 2017

13          [signature]
            CIRCUIT CLERK
```

## **AFFIDAVIT**

This Affidavit is made pursuant to Supreme Court Rule 222(b).  Under the penalties of perjury as provided by §1-109 of the Codes of Civil Procedure, the undersigned certifies that the money damages sought by the Plaintiff exceeds $50,000.00.

Respectfully submitted,

FLUHR & MOORE, L.L.C.

_____
Steven S. Fluhr, #06189858
9322 Manchester Road
St. Louis, Missouri 63119
(314) 725-8002/Facsmile 725-8006
fluhrstl@aol.com
Attorney for Plaintiff

1